IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROOSEVELT BONNER, JR.,

 Petitioner,

v.

STATE OF FLORIDA,

 Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0276

Opinion filed February 19, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Bruce Miller, Public Defender, and Sean Patrick Brown, Assistant Public Defender, Pensacola, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

 The petition for belated appeal asserts that the "Defendant did not request an appeal within the statutory time period of thirty (30) days." Accordingly, the petition

is denied on the merits. <u>See</u> <u>Matroni v. State</u>, 75 So. 3d 864 (Fla. 1st DCA 2011) (*citing* <u>State v. Trowell</u>, 739 So. 2d 77, 81 (Fla. 1999), for the proposition that a "defendant is required to allege that a timely request was made of counsel to file a notice of appeal" in a postconviction request for a belated appeal).

PETITION DENIED.

WOLF, ROWE, and BILBREY, JJ., CONCUR.